MARY KAUBER, an Infant, by WILLIAM KAUBER, Her Guardian ad Litem, Respondent, v. ADOLPH FORSBERG, Appellant.— Judgment and order affirmed, with costs.  No opinion.  Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.

MAX HIRSCH, Respondent, v. ROSE GILLESPIE and Others, Defendants, Impleaded with JOHN WIMMER, Respondent, and LESLIE HYDE PELL (an Infant), Appellant.— Judgment affirmed, with costs to all parties appearing separately on this appeal.  No opinion.  Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.

SAMUEL U. TILTON, Respondent, Appellant, v. LEVI L. GANS, Appellant, Respondent, Impleaded with Others, Respondents.— Judgment affirmed, without costs.  No opinion.  Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.

ELLEN RYAN, Respondent, v. SAMUEL BAND and Another, Individually and as Copartners, etc., Appellants.— Judgment and order affirmed, with costs.  No opinion.  Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.

ISAAC W. CARR, Doing Business under the Firm Name of I. W. CARR & COMPANY, Appellant, v. THE LONG ISLAND RAILROAD COMPANY, Respondent.— Determination affirmed, with costs.  No opinion.  Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.

MAE C. RYAN, Respondent, v. EASTERN WAYNE PRODUCE COMPANY, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce the verdict to the sum of $1,200; in which event the judgment as so modified and the order appealed from are affirmed, without costs.  No opinion.  Order to be settled on notice.  Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.

CARL STEINBERG, Respondent, v. ERIE RAILROAD COMPANY, Appellant. — Determination affirmed, with costs, on the opinion of Mullan, J., at Appellate Term.  (Reported in 103 Misc. Rep. 573.)  Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.

HOISTING MACHINERY COMPANY, Appellant, v. ATLANTIC AND WESTERN RAILROAD COMPANY, Respondent.— Judgment affirmed, with costs.  No opinion.  Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.

LEO J. FISHEL, Respondent, v. BRUNSWICK REALTY COMPANY, Appellant. — Judgment affirmed, with costs.  No opinion.  Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.

BEATRICE CLEVELAND, Respondent, v. RIALTO THEATRE CORPORATION, Appellant.— Judgment and order affirmed, with costs.  No opinion.  Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.

ARCHIBALD PALMER, as Trustee, etc., Appellant, v. ALPHONSE BUEHLER, Respondent.— Judgment reversed and new trial ordered, with costs to appellant to abide event, on the authority of *Palmer* v. *Scheftel* (183 App. Div. 77).  Present — Clarke, P. J., Dowling, Smith, Shearn and Merrell, JJ.

MARTIN WALSH, Respondent, v. THE BUTTERICK PUBLISHING COMPANY, Appellant.— Determination affirmed, with costs.  No opinion.  Present —